## VERIFIED RETURN OF PROCESS

Date Received: 7/19/2004

TODD AUGENBAUM

CaseNumber: 0480665CIV

Court: USDC S DISTRICT FL
Date/Hour: / /  0:00 M
20 DAYS FROM SVC

VS
ROBERT GENOVESE ET AL

Writ Type: SUMMONS IN A CIVIL ACTION

**To:** ROBERT GENOVESE 2424 N FEDERAL HIGHWAY STE 1010
BOCA RATON FL 33431

RECEIVED THIS WRIT ON **7/19/2004** AT **9:01 A** M AND ON **10/08/2004** AT **10:33 A** M I SERVED IT ON THE WITHIN NAMED **ROBERT GENOVESE**     IN **PALM BEACH**     COUNTY, FLORIDA.

## X NO SERVICE

For the reason that after diligent search and inquiry failed to find said **ROBERT GENOVESE**
in **PALM BEACH**     county, Florida.

**Comments:** ATTEMPTED SERVICE AT 2424 N FEDERAL HWY STE 102 DEFENDANT NEVER IN. ALSO, ATTEMPTED AT 800 NE MARINE DR BOCA RATON FL 33431 UNABLE TO MAKE CONTACT WITH DEFENDANT. ATT'Y NOTIFIED PAPER RETURNED N/S

ATTORNEY: PAUL J. GELLER, ESQ.
LERACH COUGHLIN STOIA & ROBBINS
197 SOUTH FEDERAL HIGHWAY, STE 200
BOCA RATON, FL 33432

FEES FOR SERVICE: 35.00
2ND ADDRESS 35.00

TOTAL: 70.00
PAID:
**BALANCE:** __70.00__

The foregoing instrument was acknowledged before me this
October 8, 2004 by SCOTT MC WILLIAMS
Process Server who is personally known to me and who
did take an oath.

NOTARY PUBLIC STATE OF:_____

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. FL Statute: FS 92.525 (2)

BY:_____
PRINTED NAME: SCOTT MC WILLIAMS
PB:285  DADE:639  BSO:408
____ I acknowledge that I am a Certified Process Server in the circuit in which this defendant was served, am in good standing and have no interest in the above action.

**ADVANTAGE SERVICES COMPANY**
PO BOX 11229, POMPANO BEACH FL 33061-7229
NATIONWIDE: 800-924-6427  LOCAL: 954-946-6483  FACSIMILE: 954-942-1148

# UNITED STATES DISTRICT COURT
## Southern District of Florida

SUMMONS IN A CIVIL CASE

**TODD AUGENBAUM,**

        **Plaintiff,**

CASE NUMBER: 04-80665 CIV-DIMITROULEAS

V.

**ROBERT GENOVESE, ENDEAVOR CAPITAL GROUP, LLC, BG CAPITAL GROUP LTD., and SPECTRUM SCIENCES AND SOFTWARE HOLDINGS CORP.,**

        **Defendants.**

**TO:** ROBERT GENOVESE
2424 N. Federal Highway, Suite 1010
Boca Raton, Florida 33431

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Paul J. Geller, Esq.
        David J. George, Esq.
        Robert J. Robbins, Esq.
        LERACH COUGHLIN STOIA & ROBBINS LLP
        197 South Federal Highway, Suite 200
        BOCA RATON, FLORIDA 33432

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                    7/16/04

CLERK                                           DATE

_____
(BY) DEPUTY CLERK